IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JONES,

        Plaintiff,                    No. 2:12-cv-1714 KJN

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.               ORDER

/

        On November 1, 2012, the court issued an order requiring plaintiff's counsel to show cause why the case should not be dismissed for lack of prosecution and failure to comply with court orders, in particular plaintiff's counsel's failure to submit copies of the required service documents to the United States Marshal (and file a statement with the court that such documents have been submitted to the United States Marshal) in accordance with the court's prior order. (Dkt. No. 7.)

        On November 7, 2012, plaintiff's counsel filed a response to the order to show cause, apologizing and explaining that he failed to submit the documents to the U.S. Marshal and file the required statement due to an inadvertent clerical error. (Dkt. No. 8.) He further stated that he immediately submitted the documents to the U.S. Marshal upon receipt of the order to show cause. (Id.)

In light of the above showing, IT IS HEREBY ORDERED that the November 1, 2012 order to show cause (dkt. no. 7) is DISCHARGED.  Plaintiff's counsel is cautioned that any future failure to comply with the court's orders and Local Rules may result in the imposition of any appropriate sanctions, including dismissal of the case pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED:  November 8, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2