1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9    BRIAN JONES,

10          Plaintiff,                    No. 2:12-cv-1714 KJN

11       v.

12   COMMISSIONER OF SOCIAL
     SECURITY,
13

14          Defendant.              ORDER
     _____/

15          On May 30, 2013, the parties filed a stipulation and proposed order for a first

16   extension of approximately 30 days for plaintiff to file his motion for summary judgment.  (ECF

17   No. 15.)  According to the stipulation, an extension is necessary as a result of ongoing computer

18   problems in plaintiff's counsel's office.

19          Good cause having been shown, IT IS HEREBY ORDERED that:

20          1.  The stipulation for an extension of time (ECF No. 15) is APPROVED.

21          2.  Plaintiff shall file his motion for summary judgment no later than June 30,

22   2013.

23          IT IS SO ORDERED.

24   DATED: June 3, 2013

25          _____
            KENDALL J. NEWMAN
26          UNITED STATES MAGISTRATE JUDGE

                                    1