IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JONES,

       Plaintiff,                    No. 2:12-cv-1714 KJN

    v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.               ORDER

/

       On May 30, 2013, the parties filed a stipulation and proposed order for a first extension of approximately 30 days for plaintiff to file his motion for summary judgment. (ECF No. 15.) According to the stipulation, an extension is necessary as a result of ongoing computer problems in plaintiff's counsel's office.

       Good cause having been shown, IT IS HEREBY ORDERED that:

       1. The stipulation for an extension of time (ECF No. 15) is APPROVED.

       2. Plaintiff shall file his motion for summary judgment no later than June 30, 2013.

       IT IS SO ORDERED.

DATED: June 3, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1